IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANTONIO GIBSON, who sues as Father
and Next Friend for his minor son,
ANTONIO L. GIBSON, JR., deceased,

    Plaintiff,

VS.

WEATHERBY LOCUMS, INC. and
WILLIAM M. BONE, M.D.,

    Defendants.

CIVIL ACTION NUMBER:
1:12-CV-00242

---

## DEFENDANTS' NOTICE OF FILING RULE 26 EXPERT REPORT

---

COME NOW Defendants, and pursuant to Rule 26 of the Federal Rules of Civil Procedure, file this Rule 26 Expert Report of Defendants' expert, Ann L. Contrucci, M.D.

This 12th day of March, 2013.

        WEATHERBY LOCUMS, INC.
        WILLIAM M. BONE, M.D.

        BY: *s/Robert L. Goldstucker*
            ROBERT L. GOLDSTUCKER

357373v.1

Robert L. Goldstucker (Ga. Bar No.: 300475)
  *Pro Hac Vice*
**NALL & MILLER, LLP**
235 Peachtree Street
Suite 1500
Atlanta, GA 30303
Telephone: (404) 522-2200
Facsimile: (404) 522-2208
rgoldstucker@nallmiller.com

**and**

Christopher B. Estes (ESTEC 6019)
**VERNIS & BOWLING OF SOUTHERN ALABAMA, LLC**
61 St. Joseph Street
11th Floor
Mobile, AL 36602
Telephone: (251) 432-0337
Facsimile: (251) 432-0244
cestes@law-alabama.com

*Counsel for Defendants Weatherby Locums, Inc. and William M. Bone, M.D.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANTONIO GIBSON, who sues as Father
and Next Friend for his minor son,
ANTONIO L. GIBSON, JR., deceased,

    Plaintiff,

VS.                                CIVIL ACTION NUMBER:
                                    12-0242-CB-B

WEATHERBY LOCUMS, INC.

    Defendant.

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this the <u>12th day of March, 2013</u>, caused **Defendants' Notice of Filing Rule 26 Expert Report** to be served on the parties to this case by placing copies in the United States Mail, first class, with sufficient postage affixed thereon, addressed as follows:

                              Stephen D. Heninger, Esq.
                              **HENINGER GARRISON DAVIS, LLC**
                              2224 1st Avenue North
                              Birmingham, AL 35203
                              Email: steve@hgdlawfirm.com


BY:   *s/ Robert L. Goldstucker*
         ROBERT L. GOLDSTUCKER

OF COUNSEL:
Robert L. Goldstucker
 *Pro Hac Vice*
**NALL & MILLER, LLP**
235 Peachtree Street, N.E.
Atlanta, GA 30303
Telephone: (404) 522-2200
Facsimile: (404) 522-2208
rgoldstucker@nallmiller.com

and

Christopher B. Estes (ESTEC 6019)
**VERNIS & BOWLING OF SOUTHERN ALABAMA, LLC**
61 St. Joseph Street
11th Floor
Mobile, AL 36602
Telephone: (251) 432-0337
Facsimile: (251) 432-0244
cestes@law-alabama.com

*Counsel for Defendants Weatherby Locums, Inc. and William M. Bone, M.D.*

# Ann L. Contrucci, M.D.
6485 Ivey Meadow Lane
Cumming, GA  30040
(770) 713-4106
ann_contrucci@pema-llc.com

3/11/13

Robert L. Goldstucker, Esq.
Nall & Miller, LLP
235 Peachtree Street, NE
Suite 1500
Atlanta, GA  30303

*Re: Antonio Gibson Sr. v. William M. Bone, M.D.*

Dear Mr. Goldstucker:

You requested that I prepare a report outlining my opinions regarding the care and treatment rendered by Dr. William Bone. My opinions are based on my review of the records provided me, as well as my own knowledge, education, experience, and training.

A. Qualifications:

I have been working as a pediatric emergency room physician since 2001. I am currently affiliated with Pediatric Emergency Medicine Associates (PEMA), a well-established corporation that provides emergency medical services at Children's Healthcare of Atlanta at Scottish Rite, Gwinnett Medical Center, TC Children's in Chattanooga, and Fayette Community Hospital. Prior to this, I practiced pediatric medicine in several different practice environments including Wellstar East Paulding Pediatrics in Hiram, GA. I am board certified by the American Board of Pediatrics. I earned my Medical Degree at the Medical College of Georgia in 1993, and completed a Pediatric Internship and Residency at Arkansas Children's Hospital in Little Rock, AR in 1996. Attached hereto is my current CV and fee schedule.

B. Documents Reviewed:

I have reviewed all the documents that your office provided as follows:

1. Plaintiff's Complaint with Amendments;
2. Emergency room records from U.S.A. Children's & Women's Hospital;
3. Emergency room records from Springhill Medical Center;
4. Autopsy report;
5. Death certificate;
6. Report by Dr. Richard Sobel.

C. Medical Records:

Plaintiff took his son, Antonio Gibson, Jr. (age 3 years, 10 months) to the emergency room at University of South Alabama Children's & Women's Hospital the morning of May 23, 2011 with complaints of ankle pain and swelling. Plaintiff reported that his son fell in the swimming pool 2 days earlier and injured his left ankle. The child presented with a fever of 103.2 degrees and a heart rate of 160. His respiratory rate was normal at 24 bpm.

Dr. Bone did a standard work up, including a review of systems, a physical exam and an x-ray of the child's ankle, which was negative. The child was alert and playful during evaluation. He was not in severe pain. He was in no respiratory distress. His skin color was normal and he was not dehydrated.

The child was monitored for over 2 hours and showed improvement in temperature (down to 101 degrees) and heart rate (down to 140) at the time of discharge. No further symptoms developed. Of note, there are 3 separate notations of the patient being "alert and active" or "alert and playful", including at initial assessment, physician note, and disposition assessment.

Dr. Bone diagnosed "left ankle sprain". An ACE wrap was applied to the child's ankle. Discharge instructions included Motrin PO and follow-up with a primary care physician in 7-10 days if not better.

Increasing lethargy and respiratory distress precipitated the plaintiff to take his son back to the emergency room 3 days later on May 26, 2011. This time plaintiff took his son to Springhill Medical Center. Plaintiff and son were en route to the hospital when the child went into cardiac arrest. Plaintiff called 911 and EMS responded and brought the child to the ER intubating him while en route. The child was in asystole on arrival.

Pertinent history provided by the father included possible near drowning approximately one week ago with onset of fever 3 days ago. (this history had not been provided in the intial visit with Dr. Bone). Physician orders included basic metabolic panel, blood cultures, blood gas studies, chest x-rays, to name a few. Laboratory results showed severe respiratory and metabolic acidosis, low hemoglobin and hematocrit, markedly elevated potassium, and elevated BUN and creatinine. A chest x-ray revealed bilateral infiltrates worse on the right versus the left.

While the staff was contacting hospitals for transfer, the child lost his pulse and had cardiac arrest again. He did not respond to attempts at resuscitation and was pronounced dead. The final diagnostic impression included: (1) cardiac arrest; (2) pneumonia with bilateral large infiltrates; (3) severe metabolic and respiratory acidosis; (4) marked hyperkalemia with apparent acute renal failure; and (5) overwhelming sepsis.

The autopsy report and death certificate list cause of death as septic pulmonary emboli due to blunt trauma of the ankle and bacteremia, with injury occurring as a result of a fall.

D. Assessment

Dr. Bone's focus was appropriate in evaluating and treating the child's left ankle injury. To conduct an evaluation of anything other than the child's ankle was not indicated given the presenting complaints, history and the physical examination findings. It is appropriate that Dr. Bone addressed the underlying cause of the ankle pain and swelling, a localized injury from a traumatic event. In actuality, fever was addressed as a secondary issue as the child was given Tylenol, VS were monitored, (his temperature was noted to decrease), all while remaining nontoxic in appearance (as evidenced by the "alert and playful" notations.)

The child clearly did not have clinical presentation for sepsis or emboli when he presented to the emergency room on May 23, 2011. To reiterate, this was a non-toxic appearing child. The child was not in any respiratory distress. He had no shortness of breath, no wheezing and no cough. His color was normal. There were no reported complaints of nausea or vomiting or cough. His appetite was good. He was voiding normally. He had no obvious signs and symptoms of a soft tissue infection. Further diagnostic work-up, including laboratory analysis and a chest x-ray, was not medically necessary or even indicated based on his presentation. In my experience as a pediatrician for nearly 17 years, I do not do a lab work up on every child with a fever. That would not only be impractical and unnecessary but a disservice to the child.

The fact that the child presented with an elevated temperature of 103.2 degrees is not a red flag finding given the high frequency of children who present at the emergency room with a fever and who leave the emergency room with a fever. It is reasonable for Dr. Bone to have associated the child's elevated heart rate with fever as the heart rate may beat faster with a fever and can also change under stress or with pain. Finally, both the child's fever and pulse had improved at the time of discharge.

In conclusion, I am prepared to testify that Dr. Bone's evaluation and treatment of Antonio Gibson, Jr. was appropriate and met the standard of care for an emergency care physician.

Sincerely,

Ann L. Contrucci, M.D.

Enclosures

# Ann L. Contrucci, M.D.

6485 Ivey Meadow Lane
Cumming, GA 30040
(770) 713-4106
Email: ann_contrucci@pema-llc.com

| | | |
|---|---|---|
| **Work experience** | February 2001-Present | Pediatric Emergency Medicine Associates<br>Atlanta, GA |
| | February 2001-Jan. 2003 | Children's Healthcare of Atlanta<br>Ambulatory Care Network and CIRU (PRN) |
| | March 1998-February 2001 | Wellstar East Paulding Pediatrics<br>Hiram, GA |
| | January-February 1998 | Medstaff Locum Tenens |
| | February-December 1997 | Sylva Pediatric Associates<br>Sylva, NC |
| | July 1996-January 1997 | Little Rock Pediatric Clinic<br>Little Rock, AR |
| **Education** | July 1993-June 1996 | Pediatric Internship/Residency<br>Arkansas Children's Hospital<br>Little Rock, AR |
| | June 1993 | Doctor of Medicine<br>Medical College of Georgia<br>Augusta, GA |
| | June 1989 | Bachelor of Science with Honors<br>University of Georgia<br>Athens, GA |
| **Certifications** | January 2011 | Pediatric Advanced Life Support |
| | March 2008 | Basic Cardiac Life Support |
| | March 2008 | AHA Heartsaver CPR/AED Instructor |
| | June 2002 | Pediatrics Board Recertification |
| | October 1996 | Pediatrics Board Certification |

332860v.1

| **Professional Memberships** | 1998-2006 | GA Chapter American Academy of Pediatrics |
|---|---|---|
| | 1998 | North Carolina Pediatric Society |
| | 1993-2006 | American Academy of Pediatrics |
| **Professional and Community Activities** | 2009 | Honduras Medical Mission Volunteer<br>St. Joseph Catholic Church<br>Marietta, GA |
| | 2008-2012 | Cobb Challengers Gymnastics Booster Club<br>Board member, newsletter chair, sports medicine column writer |
| | 2005-2010 | Monthly Pediatric column to Cobb County Cookie Corner Parent Newsletter |
| | 2005-present | AHA CPR Instructor |
| | 2005-2008 | Clinic Volunteer and Medical Director<br>St. Catherine of Siena Catholic School<br>Kennesaw, GA |
| | 2001-2003 | Mentor, Character Education Program<br>Kennesaw Mountain High School<br>Kennesaw, GA |
| | 2000 | Assistant Professor, Dept. of Pediatrics<br>Medical College of Georgia |
| | 1997 | Clinical Preceptor of Medical Students<br>Medical Practice and Community Program<br>University of North Carolina |
| | 1993-1996 | Guatemala Medical Mission Volunteer<br>Small Miracles International |
| | 1996 | Asst. Softball Coach<br>Little Rock, AR |
| | 1993-1996 | Team Physician, McClellan High School<br>Little Rock, AR |

|  |  |  |
|---|---|---|
|  |  | Team Physician, Sports Medicine Plus<br>Arkansas Children's Hospital |
|  |  | Transport Physician, Angel Flight<br>Arkansas Children's Hospital |
|  |  | Resident Delegate<br>Amer. Academy of Pediatrics |
|  |  | Volunteer Physician, Homeless Clinic<br>Arkansas Children's Hospital |
|  | 1989-1993 | Representative, Student Government Assoc.<br>Medical College of Georgia |
|  |  | Clinical Mentor, Freshmen Medical Students<br>Medical College of Georgia |
|  |  | Volunteer, Child Abuse Shelter<br>Augusta, GA |
|  | 1990-1991 | Volunteer, Homeless Clinic<br>Medical College of Georgia |
|  |  | Sophomore Advisor<br>Medical College of Georgia |
|  |  | Students for Community Involvement<br>Medical College of Georgia |
| **Presentations/ Publications** | September 2011 | <u>The Mommy MD Guide to Your Baby's First Year</u><br>Contributing Author |
|  | January 1999 | Medical Experts Panel<br>Cobb Parents of Multiples Club |
|  | October 1997 | "Substance Abuse Prevention"<br>Harris Regional Hospital, Sylva, NC |
|  | October 1997 | "The Newborn and Infant Development" |

332860v.1

|  |  |  |
|---|---|---|
|  |  | Western Carolina University<br>Cullowhee, NC |
|  | May 1997 | "Pertussis", Nursing Inservice<br>Harris Regional Hospital<br>Sylva, NC |
|  | November 1995 | "Common Pediatric Sports Injuries"<br>Grand Rounds, Arkansas Children's Hospital |
|  | May 1995 | "Wellness on Wheels"<br>Woodruff Elementary School, Little Rock, AR |
|  | April 1995 | "Assessment of the Student Athlete"<br>Arkansas Assoc. of Nurses, Little Rock, AR |
|  | March 1995 | "Sports Medicine"<br>Hoxie High School, Hoxie, AR |
| **Honors and Awards** | 1991 | Imhotep Leadership Society |
|  |  | Golden Key National Honors Society |
|  | 1989 | Who's Who Among Students<br>in American Colleges |
|  |  | Outstanding College Students of America |
|  |  | Beta Beta Beta Biological Honor Society |
|  |  | Alpha Epsilon Delta Premedical<br>Honor Society |

**References furnished upon request.**

# Ann L. Contrucci, M.D.
6485 Ivey Meadow Lane
Cumming, GA 30040
(770) 713-4106
ann_contrucci@pema-llc.com

## FEE SCHEDULE

| | |
|---|---|
| Review of medical records, depositions and correspondence: | $400.00/hour |
| Consultation and composition of reports: | $400.00/hour |
| Testimony at depositions or trials: | $500.00/hour |

357368v.1